In the Matter of the Probate of the Will of JOZEF AUGUSTINI, Deceased.

ELSIE CONKLIN et al., Respondents; VICTOR AUGUSTINE, Appellant.

Argued May 19, 1939; decided June 2, 1939.

*George Levitus* for appellant.

*Theodore L. Sklamberg* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.